United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARGARITO CRUZ-RUBIO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-06149 |
| | § | |
| GABRIEL MARTINEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Petitioner's Motion to Withdraw and Dismiss Petition for Writ of Habeas Corpus (the "Motion to Dismiss") filed on May 8, 2026. Doc. #13. Respondents have not filed a response, and the deadline to do so has passed. The Court therefore treats the Motion to Dismiss as unopposed.[1]

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITHOUT PREJUDICE. The Clerk is DIRECTED to close this case.

It is so ORDERED.

JUN 1 5 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

---

[1] The Court notes that it has withdrawn the referral to the Magistrate Judge. Doc. #14. Accordingly, the Court declines to consider the Memorandum and Recommendation filed on April 27, 2026. Doc. #12.